

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ABK
F. #2016R02026

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 31, 2017

By ECF

The Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Jesus Espinal et al.
                Criminal Docket No. 17-231 (RRM)

Dear Judge Mauskopf:

      Pursuant to the Court's November 1, 2009 Standing Order, the government respectfully submits this letter in connection with the above-referenced criminal matter, which was randomly assigned to Your Honor by the Clerk's Office. This Office has conducted a review of its records and determined that no aspect of the investigation or prosecution giving rise to this matter was initiated during Your Honor's tenure as United States Attorney from September 3, 2002 through October 18, 2007.

      Respectfully submitted,

      BRIDGET M. ROHDE
      Acting United States Attorney

By:   /s/Ameet B. Kabrawala
       Ameet B. Kabrawala
       Assistant U.S. Attorney
       (718) 254-6001

cc:    All counsel of record (by ECF)